UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   DONNIE SANDERS                      CASE NO. 20-10064
   JANET WEST SANDERS            JUDGE BENJAMIN A. KAHN
   1600 WOODTHORNE PLACE
   GREENSBORO, NC  27407

        DEBTORS

SSN(1) XXX-XX-9615     SSN(2) XXX-XX-0973        DATE: 11/19/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AVANT LLC<br>P O BOX 3232<br>MILWAUKEE, WI 53201 | $0.00<br>INT: .00%<br>NAME ID: 180960<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7705<br>COMMENT: |
| BADCOCK FURNITURE<br>P O BOX 724<br>MULBERRY, FL 33860 | $0.00<br>INT: .00%<br>NAME ID: 156736<br>CLAIM #: 0003 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $0.00<br>INT: .00%<br>NAME ID: 57768<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2096<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $710.53<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2152<br>COMMENT: CLASS B,1020OR |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $982.58<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0012 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5942<br>COMMENT: CLASS A,1020OR |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $3,479.11<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0013 | (X) SPECIAL-UNSECURED<br><br>ACCT: 3734<br>COMMENT: CLASS A,1020OR |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $2,999.07<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0014 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4767<br>COMMENT: CLASS A,1020OR |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $3,299.40<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0016 | (X) SPECIAL-UNSECURED<br><br>ACCT: 2096<br>COMMENT: CLASS A/B,1020OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $3,781.66<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #:  0017 | (X) SPECIAL-UNSECURED<br><br>ACCT: 3745<br>COMMENT:  CLASS A,1020OR |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $2,944.06<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #:  0018 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4123<br>COMMENT:  CLASS A,1020OR |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $3,010.67<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5673<br>COMMENT:  CLASS A,1020OR |
| CONE HEALTH<br>P O BOX 650292<br>DALLAS, TX  75265 | $0.00<br>INT:  .00%<br>NAME ID: 152491<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2501<br>COMMENT: |
| CONTINENTAL FINANCE CO LLC<br>P O BOX 8099<br>NEWARK, DE  19714-8099 | $0.00<br>INT:  .00%<br>NAME ID: 67054<br>CLAIM #:  0036 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2300<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT:  .00%<br>NAME ID: 5777<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXXONMOBILE<br>P O BOX 78072<br>PHOENIX, AZ  85062-8072 | $0.00<br>INT:  .00%<br>NAME ID: 162844<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7291<br>COMMENT: |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $1,758.15<br>INT:  .00%<br>NAME ID: 180353<br>CLAIM #:  0044 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0940<br>COMMENT:  CLASS A,1020OR |
| FREEDOM MORTGAGE CORPORATION<br>CASH MANAGEMENT<br>10500 KINCAID DR<br>FISHERS, IN  46037 | $0.00<br>INT:  .00%<br>NAME ID: 181786<br>CLAIM #:  0001 | (S) SECURED<br>DIRECT PAY<br>ACCT: 8031<br>COMMENT:  DT RERP,DIR |
| GOODYEAR CREDIT PLAN<br>P O BOX 9001006<br>LOUISVILLE, KY  40290-1006 | $0.00<br>INT:  .00%<br>NAME ID: 157545<br>CLAIM #:  0025 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1201<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0045 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 159810<br>CLAIM #:  0005 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| HOME DEPOT<br>P O BOX 9001010<br>LOUISVILLE, KY  40290 | $0.00<br>INT:  .00%<br>NAME ID:  156570<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8954<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0006 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9615<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $3,248.98<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0009 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1326<br>COMMENT:  BELK,CLASS A,1020OR |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>SAINT CLOUD, MN  56302-9617 | $2,426.90<br>INT:  .00%<br>NAME ID:  68880<br>CLAIM #:  0024 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9280<br>COMMENT:  CLASS A,1020OR |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $9,145.42<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0027 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5635<br>COMMENT:  LOWES,CLASS A,1020OR |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,070.82<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0037 | (U) UNSECURED<br><br>ACCT: 5595<br>COMMENT:  CLASS B,1020OR,620TFCL |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,052.58<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0038 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9490<br>COMMENT:  CLASS A,1020OR820TFCL |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $6,903.54<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0039 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9557<br>COMMENT:  SAM'S CLUB,CLASS A/B |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $7,488.45<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0042 | (X) SPECIAL-UNSECURED<br><br>ACCT: 3801<br>COMMENT:  SYNCHRONY BANK,CLASS A,1020OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $435.12<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT: 5698<br>COMMENT:  CREDIT ONE,CLASS B,1020OR |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $1,512.65<br>INT:  .00%<br>NAME ID:  149311<br>CLAIM #:  0029 | (U) UNSECURED<br><br>ACCT: 2370<br>COMMENT:  CLASS B,1020OR |
| MASON<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $133.77<br>INT:  .00%<br>NAME ID:  150268<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT: 002E<br>COMMENT:  CLASS B,1020OR |

Case 20-10064   Doc 26   Filed 11/19/20   Page 4 of 6

PAGE 4  -  CHAPTER 13 CASE NO. 20-10064

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MASSEYS<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $343.22<br>INT: .00%<br>NAME ID: 150269<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: OA2Y<br>COMMENT:  CLASS B,1020OR |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $4,879.24<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0032 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9763<br>COMMENT:  CLASS A,1020OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0007 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9615<br>COMMENT: |
| NTB CREDIT PLAN<br>P O BOX 9001006<br>LOUISVILLE, KY  40290 | $0.00<br>INT: .00%<br>NAME ID: 180963<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8921<br>COMMENT: |
| PNC BANK<br>P O BOX 55126<br>BOSTON, MA  02205 | $0.00<br>INT: .00%<br>NAME ID: 168206<br>CLAIM #: 0035 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6653<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,082.11<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 1195<br>COMMENT:  CLASS B,1020OR |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,024.03<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 5908<br>COMMENT:  CLASS B,1020OR |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $482.86<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0028 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7148<br>COMMENT:  MARATHON,CLASS A,1020OR |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GPCC I LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $503.78<br>INT: .00%<br>NAME ID: 162367<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 0355<br>COMMENT:  BANK OF MISSOURI,CLASS B,1020OR |
| SHEETZ<br>% FIRST BANKCARD<br>P O BOX 2557<br>OMAHA, NE  68103 | $0.00<br>INT: .00%<br>NAME ID: 180964<br>CLAIM #: 0040 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0940<br>COMMENT: |
| TD BANK USA NA<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $3,340.88<br>INT: .00%<br>NAME ID: 141078<br>CLAIM #: 0041 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7770<br>COMMENT:  CLASS A,1020OR |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $1,709.82<br>INT: 6.75%<br>NAME ID: 151523<br>CLAIM #: 0002 | (S) SECURED<br><br>ACCT: 0491<br>COMMENT: OC,PP |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA  50309 | $899.19<br>INT:  .00%<br>NAME ID: 159695<br>CLAIM #:  0043 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0248<br>COMMENT:  CLASS A,1020OR |
| **TOTAL:** | **$72,700.59** | |
| PHILLIP E BOLTON ESQ<br>BOLTON LAW GROUP PA<br>622 C GUILFORD COLLEGE RD<br>GREENSBORO, NC  27409 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/19/2020         OFFICE OF THE CHAPTER 13 TRUSTEE

        By:  /s/  Ronda Bryant
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice